No. 98–6397.  BEN-YISRAYL *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 98–6400.  LUCAS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–6451.  WHITAKER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–6514.  JOHNSTON *v.* DEPARTMENT OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 98–6517.  NEVIUS *v.* MCDANIEL, WARDEN, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 98–6521.  LESKO *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 98–6575.  VERNER *v.* UNITED STATES PAROLE COMMISSION.  C. A. 10th Cir.  Certiorari denied.

No. 98–6798.  RICHARDS *v.* BERGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 98–6799.  PARSON *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 98–6801.  MARTIN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–6811.  VARGAS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–6824.  KNIGHT *v.* CIRCUIT COURT OF ALABAMA, HOUSTON COUNTY.  Sup. Ct. Ala.  Certiorari denied.

No. 98–6825.  LEWIS *v.* TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 98–6829.  PETERSON *v.* FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 98–6839.  HAYES *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.